UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

UNITED STATES OF AMERICA,

        Plaintiff,

  v.

GERARDO RANGEL, et al.,

        Defendants.
_____/

NO. cr. S-09-501 WBS

ORDER TO SHOW CAUSE

----oo0oo----

IT IS HEREBY ORDERED that on or before April 26, 2010, counsel for defendant Rafael Aguilar, Dominic Falasco, shall show cause in writing why he should not be adjudged in contempt of court for failing to appear at the scheduled status conference on April 19, 2010.[1]

---

[1] Mr. Falasco's wife, Jennifer, left a telephone message with the Clerk at 9:39 a.m. on the morning of the status conference, stating that Mr. Falasco was currently in trial in the Sacramento County Superior Court and that "he believed that the status conference was 8:30, however it was set for 9:30." In fact, the status conference was set for 8:30; court was convened promptly at that time; this case was second on the calendar; the matter was called within a few minutes thereafter; and Mr. Falasco was not present.

1

IT IS FURTHER ORDERED that Mr. Falasco shall appear personally in Courtroom 5 of this court, 501 I Street, Sacramento, California, at 8:30 a.m. on April 26, 2010, to show cause why he should not be adjudged in contempt of court for his failure to appear and/or why he should not be relieved as counsel of record for failure to keep in touch with his client[2] and ordered to refund any unused retainer so that his client can retain other counsel.[3]

DATED:  April 19, 2010

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

---

[2] At the hearing on April 19, 2010, Mr. Aguilar represented that his wife has attempted to reach Mr. Falasco several times by telephone over the last few months but that Mr. Falasco has not responded.

[3] At the hearing, Mr. Aguilar also stated that if he could have his retainer refunded he would prefer to have a different attorney represent him in this case.

2